**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DELMOND COZART, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-183-J |
| | ) | |
| OKLAHOMA STATE REFORMATORY, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Petitioner, a state inmate appearing pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] and an application for leave to proceed in forma pauperis [Doc. No. 2]. The matter was referred for initial proceedings to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B), (C). On review, Judge Mitchell recommends that the Court deny Petitioner's application on grounds that he has sufficient funds to pay the $5.00 filing fee. [Doc. No. 6]. Despite being cautioned that he must file any objection no later than March 2, 2026, Petitioner did not object and has waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 6] and DENIES Petitioner's application for leave to proceed in forma pauperis [Doc. No. 2]. If Petitioner does not pay the $5.00 filing fee by April 13, 2026, the Court will dismiss his Petition without prejudice.

IT IS SO ORDERED this 23rd day of March, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE