**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DELMOND COZART, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-183-J |
| | ) | |
| WILLIAM RANKIN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

Petitioner, a state prisoner appearing pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his drop in classification level. [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B), (C). Respondent filed a motion to dismiss, [Doc. No. 17], and on review, Judge Mitchell recommended that it be granted. [Doc. No. 19]. Despite being cautioned that he must file any objection no later than August 13, 2026, Petitioner did not object and has waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 19], GRANTS Respondent's motion to dismiss [Doc. No. 17], and DISMISSES Petitioner's petition for writ of habeas corpus [Doc. No. 1] without prejudice. Petitioner's motion for default judgment [Doc. No. 18] is DENIED as MOOT.

Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, the Court must issue or deny a certificate of appealability (COA) when it enters a final order adverse to a petitioner. A COA may issue only if the petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by

demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). Petitioner has failed to make either showing and the Court denies the COA.

A separate judgment shall be entered.

IT IS SO ORDERED this 25th day of August, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE